IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY STOCKER MINA<br>TLC DREAMS FOUNDATION<br>THE TRUTH TODAY FOR A<br>BETTER TOMORROW POLITICAL<br>COMMITTEE | : | CIVIL ACTION |
| v. | : | |
| CHESTER COUNTY COURT OF<br>COMMON PLEAS, et al. | : | NO. 13-7622 |

O R D E R

AND NOW, this 21st day of July 2014, having considered plaintiff's amended complaint (Document No. 12), and in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

2. Plaintiff's motion to compel documents and things (Document No. 8) and motion for relief (Document No. 14) are **DENIED** as moot.

3. The motions to quash subpoenas (Document Nos. 15, 19, 21, 25, 29 and 31) are **GRANTED** and the subpoenas are **QUASHED**.

4. Plaintiff's permission to access the Court's CM/ECF system is revoked.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.