IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY STOCKER MINA,

    *Plaintiff,*

v.

CHESTER COUNTY, *et al*

    *Defendants.*

CIVIL ACTION
NO. 18-02455

## ORDER

**AND NOW**, this 2nd day of November, 2018, after consideration of Plaintiff's Amended Complaint, (ECF No. 32) and Defendants' Motions to Dismiss, (ECF Nos. 40, 42, 43, 44, 46, 47, 48), it is hereby **ORDERED** that:

1. The Motions to Dismiss are **GRANTED** and Mina's Amended Complaint (ECF No. 32) is **DISMISSED** with prejudice;

2. Mina is **ENJOINED** from filing or causing to be filed any pleading, motion or other paper in Civil Action Nos. 13-07622, 14-06261, 15-05452, 16-01013 and 18-02455 or any other new proceeding or action against Tom Hogan, William Handy, Mark A. Murray, Leonard J. Rivera, MacElree Harvey, LTD. and Chester County or any of its agencies or employees without first obtaining leave of Court.

                                                     BY THE COURT:

                                                     ***/s/ Gerald J. Pappert***
                                                     GERALD J. PAPPERT, J.