# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY STOCKER MINA** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **MONTGOMERY COUNTY, DA KEVIN R.** : | |
| **STEELE, LUMBER LIQUIDATORS, MARY** : | |
| **E. HOLMES, LISA BORKOWSKI, and** : | |
| **JOHN/JANE DOE PROCESSOR** : | **NO. 18-5556** |

## ORDER

**NOW,** this 8th day of May, 2019, upon consideration of the Motion of Defendant Lumber Liquidators to Enjoin Plaintiff from any Further Filings or Lawsuits Against Lumber Liquidators (Document No. 21) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Anthony Stocker Mina is **ENJOINED** from:

1. Filing any pleading, motion or other paper in Civil Action Nos. 13-7622, 14-6261, 15-5452, 16-1013, 18-2455 and 18-5556 and Miscellaneous Action Nos. 14-221, 14-222, 14-254 and 14-259; and

2. Filing any new proceeding or action raising any claims previously made, including those related to his state court civil and criminal matters between 1996 and 2019 in Chester, Montgomery and Delaware Counties, Pennsylvania, without obtaining leave of Court.

/s/ Timothy J. Savage _____